UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: CV 11-6950-VBF (MAN)                                      Date:  October 2, 2013

Title:   Victor Sanchez v. Deputy Luis Rodriguez et al.
================================================================================
DOCKET ENTRY:       Order To Show Cause Re: Dismissal Of Action
================================================================================
PRESENT:

          Hon. Margaret A. Nagle   , United States Magistrate Judge

          Earlene Carson              N/A
          Deputy Clerk                Court Reporter/Tape No.

   ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANTS:

        N/A                                        N/A

**PROCEEDINGS (In Chambers):**

On April 22, 2013, the Court granted defendants' "Motion to Compel Plaintiff's Responses to Interrogatories and Requests of Production of Documents" and ordered that, by no later than May 25, 2013, plaintiff serve on counsel for defendants responses to the following discovery *and* produce any documents responsive to such discovery requests:

   a.   Defendant County of Los Angeles' Interrogatories to Plaintiff (Set One);

   b.   Defendant County of Los Angeles' Request for Documents to Plaintiff (Set One);

   c.   Defendant Deputy Rodriguez's Interrogatories to Plaintiff (Set One);

   d.   Defendant Deputy Rodriguez's Request for Documents to Plaintiff (Set One);

   e.   Defendant Deputy Vargas' Interrogatories to Plaintiff (Set One); and

   f.   Defendant Deputy Vargas' Request for Documents to Plaintiff (Set One).

In its April 22, 2013 Order, the Court cautioned plaintiff that a failure to comply with the Order, and to provide defendants with the ordered discovery responses and documents by the May 25, 2013 deadline, would result in the imposition of sanctions on plaintiff pursuant to Rule

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  CV 11-6950-VBF (MAN)                                              Date: October 2, 2013

37(b)(2)(A)(i)-(vii).

On May 13, 2013, plaintiff filed a motion asking for a continuance of "at least 60 days" to comply with the April 22, 2013 Order ("Plaintiff's Motion").  The relief requested by Plaintiff's Motion conflicted with the existing case management deadlines established by the Court's Order of December 11, 2012.  On May 22, 2013, in the interest of justice, the Court issued an Order that granted the requested relief and modified the various case management deadlines.  Plaintiff's deadline for complying with the April 22, 2013 Order, and for providing defendants with the ordered discovery, was extended to July 24, 2013, and he was advised that no further extension would be granted.

On August 13, 2013, defendants filed a Motion For Terminating Sanction . . ., supported by related Statements (collectively, the "Sanctions Motion").  On August 14, 2013, the Court ordered that plaintiff file his Opposition to the Sanctions Motion by no later than September 16, 2013.  The Court also advised plaintiff as follows:

> Plaintiff is cautioned that a failure to file and serve his Opposition by the above-noted deadline will be presumed to be consent to a grant of the Motion.
>
> Plaintiff is further cautioned that a failure to file and serve his Opposition by the above-noted deadline may result in the Court issuing a recommendation that this action be dismissed, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute and/or to comply with Court orders.

The September 16, 2013 deadline for plaintiff's Opposition to the Sanctions Motion has passed. Plaintiff has neither filed the ordered Opposition nor requested an extension of time to do so.

The Sanctions Motion contains competent evidence that plaintiff has failed to respond to the above-noted discovery propounded by defendants, despite two Court orders requiring plaintiff to do so.  The Court's Orders of April 22, 2013, and May 22, 2013, provided plaintiff with ample, repeated advice about the consequences that could ensue if he failed to respond to discovery requests, as this Court has ordered.  Plaintiff's persistent noncompliance with his discovery obligations and this Court's Orders -- in the face of repeated warnings that this action could be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  CV 11-6950-VBF (MAN)                                          Date: October 2, 2013

dismissed as a result of such noncompliance -- appears to indicate that plaintiff no longer wishes to pursue this action.

Accordingly, plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed, pursuant to Federal Rules of Civil Procedure 37(b)(2)(A)(v) and/or 41(b). **By no later than October 30, 2013**, plaintiff shall file a response to this Order To Show Cause if he wishes to pursue this action, in which he explains why he has ignored the Court's Orders and his discovery obligations and establishes, by competent evidence, good cause for the continuance of this action.  The failure by plaintiff to file such a response by the October 30 deadline and/or the failure to provide the required explanation and good cause in his response will be deemed to constitute a concession by plaintiff that this action should be dismissed.

Alternatively, plaintiff may discharge his obligation under this Order To Show Cause by submitting proof -- by no later than October 30, 2013 -- that he has, in fact, complied with his discovery obligations and this Court's April 22, 2013 and May 22, 2013 Orders and has served upon counsel for defendants discovery responses that are adequate and complete and has produced the documents required to be produced pursuant to defendants' discovery requests.[1]

**IT IS SO ORDERED.**

---

[1] The Court will defer ruling on the Sanctions Motion until the October 20, 2013 deadline passes.

MINUTES FORM 11                                                          Initials of Deputy Clerk _efc____
CIVIL - GEN