**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VICTOR SANCHEZ, | ) | NO. CV 11-06950-VBF-MAN |
| Plaintiff, | ) | |
| v. | ) | RULE 58 FINAL JUDGMENT |
| DEPUTY LUIS RODRIGUEZ *et al.*, | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of all the defendants and against the plaintiff Victor Sanchez.

DATED:   March 18, 2014

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE